United States District Court
Southern District of Texas
**ENTERED**
September 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT KING CONWAY, § <br> (TDCJ #428166) § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> BOBBY LUMPKIN, § <br> § <br> Respondent. § | CIVIL ACTION NO. 4:19-cv-2375 |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order entered on this date, this case is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on September 29, 2020.



_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE